PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Woodruff, and reported at *132 N. J. Eq. 87*.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.

CLUB RAZOR AND BLADE MANUFACTURING CORP., respondent,

*v.*

WILLIAM BINDZSUS et al., appellants.

[Decided January 22d, 1943.]

*Mr. Milton M. Unger,* for the respondent.

*Mr. William F. Nies* and *Howard Isherwood,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *131 N. J. Eq. 283*.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.